# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 3, 2023

Before
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 22-3266 | IESHUH GRIFFIN,<br>    Plaintiff - Appellant<br><br>v.<br><br>MILWAUKEE ELECTION COMMISSION, et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:22-cv-00140-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**  (form ID: **132**)